# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MATTHEW ZEISSET, individually and on behalf of all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>HIGHER POWER ELECTRICAL, LLC, *et al.*,<br><br>**Defendants,** | CIVIL NO. 19-1366(JAG) |

## JUDGMENT STAYING CASE

Pursuant to this Court's Order, Docket No. 41, Judgment is hereby entered **STAYING** the instant case pending the conclusion of the arbitration proceedings. This case will remain administratively closed and will be reopened upon motion following the conclusion of the arbitration.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 10th day of November, 2020.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE